**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

ERIC ROGERS,   CASE NO.: 0:24-cv-61822-MD

       Plaintiff,

v.

DMD RESTAURANT GROUP, LLC,
*a Florida limited liability company, and*
WOOLWORTH 26 LLC, *a Florida limited liability company,*

       Defendants.
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, ERIC ROGERS, by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal with Prejudice as to Defendants, DMD RESTAURANT GROUP, LLC, and WOOLWORTH 26 LLC.

DATED: November 12, 2024

    Respectfully Submitted,

    **LAW OFFICES OF NOLAN KLEIN, P.A.**
    *Attorneys for Plaintiff*
    5550 Glades Road, Suite 500
    Boca Raton, FL 33431
    PH:   (954) 745-0588

    By:  */s/ Nolan Klein*
    NOLAN KLEIN, ESQ.
    Florida Bar No. 647977
    klein@nklegal.com
    amy@nklegal.com

2

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this **12th** day of **November,** 2024.

> By: __/s/ Nolan Klein__
> NOLAN KLEIN, ESQ.